505 A.2d 973

**COMMONWEALTH of Pennsylvania, Petitioner,**

v.

**Darryl LYONS.**

Supreme Court of Pennsylvania.

March 10, 1986.

548

Petition for Allowance of Appeal GRANTED, No. 19 W.D. Appeal Docket, 1986.